# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CAMPOS SORIA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:12-cv-00424-SKO<br><br>**ORDER GRANTING A STIPULATED REQUEST FOR AN EXTENSION OF TIME**<br><br>(Doc. 16) |

On December 5, 2012, Defendant submitted a stipulated request seeking a 30-day extension of time for Defendant to respond to Plaintiff's opening brief. The parties agree that Defendant shall have until January 14, 2013, to file a responsive brief. (Doc. 16.)

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file a brief in response to Plaintiff's opening brief on or before January 14, 2013; and

2. Plaintiff may file a reply brief no later than February 1, 2013.

IT IS SO ORDERED.

Dated:  December 6, 2012                        /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE